**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **IKE JACKSON, JR.,** ) | |
| ) | |
| ) | |
| **Movant,** ) | **Criminal Case No. 5:24-cr-60 (MTT)** |
| ) | |
| **v.** ) | **Civil Case No. 5:25-cv-236 (MTT)** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| **Respondent.** ) | |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends that Ike Jackson, Jr.'s motion to vacate pursuant to 28 U.S.C. § 2255 (Doc. 37) be dismissed without prejudice for lack of jurisdiction. Doc. 43. Jackson has not objected, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error. After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 43) is **ADOPTED** and made the Order of the Court. Accordingly, Jackson's motion to vacate pursuant to 28 U.S.C. § 2255 (Doc. 37) is **DISMISSED** without prejudice.

**SO ORDERED**, this 5th day of August, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT