IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IKE JACKSON, JR  <br>　　　　Movant,  <br>v.  <br>UNITED STATES OF AMERICA,  <br>　　　　Respondent.  <br>_____ | *  <br>　  <br>*  <br>　Case No. 5:24-cr-00060-MTT-CHW-1  <br>*  <br>　  <br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 5, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 6th day of August, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk